UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand and twenty six,

Barco Mercado v. Noem

STIPULATION
Docket Number: 25-2922

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 2 March 2026

Attorney for Appellant

Jeffrey S. Oestericher
Print Name and Firm

Date: March 2, 2026

Attorney for Appellee

Heather Gregorio, Wang Hecker LLP
Print Name and Firm