**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-six,

_____

| | |
|---|---|
| Sergio Alberto Barco Mercado, on his own behalf and on behalf of others similarly situated, | **ORDER** <br> Docket No. 25-2922 |
| Plaintiff - Appellee, | |
| v. | |
| Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, Todd Lyons, Acting Director, Immigration and Customs Enforcement, in his official capacity, United States Immigration and Customs Enforcement, Marcos Charles, Acting Executive Associate Director, Immigration and Customs Enforcement, Enforcement and Removal Operations in his official capacity, LaDeon Francis, Acting Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity, United States Department of Homeland Security, | |
| Defendants - Appellants. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/03/2026